# JacksonLewis

STEPHANIE J. PEET, ESQ.
DIRECT DIAL: (267) 319-7818
STEPHANIE.PEET@JACKSONLEWIS.COM

SOPHIA M. CZERNIECKI, ESQ.
DIRECT DIAL: (445) 223-5351
SOPHIA.CZERNIECKI@JACKSONLEWIS.COM

**Jackson Lewis P.C.**
Three Parkway
1601 Cherry Street, Suite 1350
Philadelphia PA 19102
(267) 319-7802 Main
(215) 399–2249 Fax
jacksonlewis.com

March 3, 2026

**VIA ECF**
The Honorable Joel H. Slomsky
United States District Court
Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106

  **Re:**  *Dianna Coleman v. City of Philadelphia., et. al.*
     **EDPA Civil Docket No. 25-1160**

Dear Judge Slomsky:

  We represent Defendant PMHCC, Inc., in the above-referenced matter and respectfully write to request a telephone conference with the Court concerning an ongoing discovery dispute between the parties, as well as issues impacting the current scheduling order.

  By way of background, Plaintiff first appeared for her deposition on January 14, 2026. Prior to completion of that deposition, Plaintiff requested that it be adjourned and continued another date. The deposition resumed on January 22, 2026, but after approximately two hours of testimony, Plaintiff indicated that she had a headache and we agreed to adjourn. The continuation of Plaintiff's deposition was thereafter scheduled for January 29, 2026; and cancelled two days prior due to Plaintiff's counsel's involvement in a criminal jury trial. Defendant PMHCC attempted to reschedule the continuation for February 10, 2026. Plaintiff's counsel advised that Plaintiff could not appear for the entire month of February due to her full-time employment but declined to provide reasonable dates for completion. On February 10, 2026, Plaintiff's counsel filed a second request to extend discovery (ECF No. 33), which the Court granted (ECF No. 34).

  Due to Counsel's indication that Plaintiff was unavailable in February, Defendant PMHCC subsequently noticed Plaintiff's deposition for March 5, 2026. It was not until then, for the first time, Plaintiff's counsel asserted that Plaintiff had already been deposed for seven hours and therefore would not appear for further testimony. Respectfully, Plaintiff has not been on the record for seven hours. Due to the multiple adjournments initiated by Plaintiff, Defendant has not had a fair opportunity to complete Plaintiff's deposition within the time contemplated by Fed. R. Civ. P. 30.

  Despite numerous good-faith efforts and continued meet-and-confer communications, Plaintiff's counsel has not provided firm alternative dates for the completion of Plaintiff's

deposition. Under the Court's recent order, the discovery deadline is April 2, 2026 (ECF No. 34). The Parties are scheduled to attend a settlement conference with Judge Reid on March 20, 2026, and dispositive motions are due on April 27, 2026. (ECF Nos. 27, 29).

Given the upcoming settlement conference, the approaching discovery deadline, and the continued inability to complete Plaintiff's deposition despite diligent efforts, Defendant PMHCC respectfully requests a telephone conference to seek the Court's guidance and assistance in resolving this dispute.

Respectfully submitted,

**JACKSON LEWIS P.C.**

*/s/ Stephanie J. Peet*
Stephanie J. Peet (PA No. 91744)
Sophia M. Czerniecki (PA No. 334058)

*Attorneys for Defendant PMHCC*

Date: March 3, 2026